OWENS v. MASSIE FURNITURE CO.

No. 477P95

Case below: 120 N.C.App. 643

Petition by plaintiff (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

PARSONS v. THE PANTRY, INC.

No. 528P95

Case below: 121 N.C.App. 216

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

REGAN v. AMERIMARK BUILDING PRODUCTS

No. 170P95-2

Case below: 118 N.C.App. 328

Petition by defendants for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 8 February 1996.

SHARP v. GULLEY

No. 549P95

Case below: 120 N.C.App. 878

Petition by plaintiff (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.

STATE v. BOULWARE

No. 472P95

Case below: 120 N.C.App. 643

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 8 February 1996.